# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA



FILED
08 JUN 18 AM 8: 21
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In The Matter Of Passports Held ) <br> ) <br> at San Francisco, California ) | **ORDER** |

The Clerk of Court, having advised the court that the passports listed below were submitted to the Clerk of Court at the time of the posting of the bond and the cases are now closed and the passports are either expired or the defendants are incarcerated, but there were no orders to exonerate the bonds filed; now therefore,

**IT IS ORDERED** that the Clerk of the Court is directed to forward the listed passports to the appropriate passport agency.

| CASE NAME | CASE NO. | PASSPORT COUNTRY OF ORIGIN | PASSPORT STATUS |
|---|---|---|---|
| U.S. v Romeo Torno, Jr. | CR01-00005 VRW | Philippine | EXPIRED |
| U.S. v Sui Chan Chi | CR01-00051 PJH | U.S. Dept of Justice Permit to Reenter | EXPIRED |
| U.S. v Hieu Van Pham | CR01-00052 PJH | U.S. | EXPIRED |
| U.S. v Marcus Zoeter | CR01-00294 JCS | U.S. | EXPIRED |
| U.S. v Fred S. Pang | CR01-00337 PJH | U.S. | EXPIRED |
| U.S. v Chris R. Giauque | CR01-00413 MMC | U.S. | EXPIRED |
| U.S. v Luisa Espinosa Hernandez | CR01-00424 MJJ | Mexico | EXPIRED |
| U.S. v Peter Valdemer Morch | CR01-0100 MMC | DENMARK | |
| U.S. v John B. Hyde | CR02-00016 PJH | U.S. | BOP |
| U.S. v Guy Roland Seaton | CR02-00044 MHP | U.S. | BOP |
| U.S. v Scott D. Nisbet | CR02-00062 SI | U.S. | EXPIRED |
| U.S. v Frank Spence Eeg | CR02-00158 MHP | Canada | EXPIRED |
| U.S. v Richard Craig Thayer | CR02-00158 MHP | U.S. | EXPIRED |
| U.S. v Cristina O. Roldan | CR02-00221 MMC | U.S. | EXPIRED |
| U.S. v George C. Roldan | CR02-00221 MMC | U.S. | EXPIRED |
| U.S. v Wade Vincent Shang | CR02-00239 WHA | U.S. | EXPIRED |
| U.S. v Jorlan D. Parlero | CR02-00241 MJJ | Philippine | EXPIRED |
| U.S. v Desmond Mcquoid | CR02-00319 CRB | U.S., New Zealand | EXPIRED |
| U.S. v Nikolai Tehin | CR03-00236 VRW | U.S. | BOP/EXP |
| U.S. v Luther K. Armstrong | CR04-00081 EMC | U.S. | EXPIRED |

| | | | |
|---|---|---|---|
| U.S. v William Joe Little | CR04-00122 SI | U.S. | EXPIRED |
| U.S. v Daniel M. K. Lee | CR04-00148 PJH | U. S. | EXPIRED |
| U.S. v Kenneth Joseph Shepp | CR04-00285 SI | U.S. | EXPIRED |
| U.S. v Serge Ivanov | CR04-00310 CRB | U.S | |
| U.S. v Joe Chu Rang Wong | CR05-00073 SI | U.S | BOP |
| U.S. v Arthur Chester Orogo Balmes | CR05-00283 JSW | Philippine | EXPIRED |
| U.S. v Rodolfo Ugalde Briosos | CR05-00283 JSW | Philippine | EXPIRED |
| U.S. v Francis Arnel Ronas Maroto | CR05-00283 JSW | Philippine | EXPIRED |
| U.S. v Douglas Quintana Meehleib | CR05-00283 JSW | U.S. | EXPIRED |
| U.S. v Segundo Bendo Tiongco, Jr. | CR05-00283 JSW | Philippine | EXPIRED |
| U.S. v Myong Su Ahn | CR05-00395 CRB | U.S. | EXPIRED |
| U.S. v Se Yun Kim | CR05-00395 CRB | Korean | EXPIRED |
| U.S. v Hang Joe Yoon | CR05-00395 CRB | Korean | EXPIRED |
| U.S. v Chang Soo Youn | CR05-00395 CRB | Korean | EXPIRED |
| U.S. v Liwei Tan Kuo | CR05-00465 JSW | China | EXPIRED |
| U.S. v Scott Anthony Lamonico | CR05-00548 JSW | U.S. | BOP |
| U.S. v Michael J. Fox | CR05-00745 MMC | U.K. of Great Britain & Northern Ireland | BOP |
| U.S. v Martin Maxwell | CR05-00768 MHP | U.S. | BOP |
| U.S. v Johnny Lee Tan | CR06-00030 JSW | U.S, Philippine | BOP |

DATED: 6-16-08

**U.S. DISTRICT COURT JUDGE**